IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,

     Plaintiff,

v.

FINANCIAL CONSULTANTS, INC.,
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE,and
DONALD MCHOSE,
     Defendants.

---

### ORDER AMENDING SCHEDULING ORDER

---

Upon review of the Motion to Amend Scheduling Order [13] filed August 15, 2011, it is

ORDERED that the motion is granted. The deadline for completion of discovery is extended to and including September 29, 2011, and the deadline for filing dispositive motions is extended to and including October 30, 2011.

Dated:   August 16th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge