IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,

    Plaintiff,

v.

FINANCIAL CONSULTANTS, INC.,
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE, and
DONALD MCHOSE,
    Defendants.

---

ORDER GRANTING MOTION TO AMEND ANSWER

---

Upon review of the Motion to Amend the Defendant's Answer [15], it is

ORDERED that the motion is granted.

Dated:    September 6th, 2011

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge