IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,

    Plaintiff,

v.

FINANCIAL CONSULTANTS, INC.,
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE, and
DONALD MCHOSE,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

Upon review of the Joint Motion Regarding Calendar Call and the Joint Status Statement, filed October 25, 2011, it is

ORDERED that counsel are excused from attending the Calendar Call and it is

FURTHER ORDERED that this matter is set for trial to jury on **April 9, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on or before **March 9, 2012.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:   October 28th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge