**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                     March 14, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,                                          Pamela J. Walker

        Plaintiff,

v.

FINANCIAL CONSULTANTS, INC.,                                 Dale R. Enck
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE,and
DONALD MCHOSE,

        Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**1:58 p.m.          Court in session.**

Court's preliminary remarks.

Ms. Walker answers questions asked by the Court regarding amount of loss wages being claimed by
plaintiff and job duties/classification.

2:03 p.m.          Argument by Mr. Enck.
2:07 p.m.          Argument by Ms. Walker.

Court makes oral findings of fact and conclusions of law as stated on record.

**ORDERED:      Plaintiff's Motion for Summary Judgment [25], is granted.  Plaintiff will be**
**                awarded liquidated damages for defendants' willful violation.**
**                Defendants' brief regarding damages due March 26, 2012.**
**                Plaintiff's response due April 16, 2012.**

**2:15 p.m.          Court in recess.**   Hearing concluded.  Total time: 17  min.