IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,

    Plaintiff,
v.

FINANCIAL CONSULTANTS, INC.,
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE,and
DONALD MCHOSE,

    Defendants.
_____

## ORDER FOR ENTRY OF JUDGMENT
_____

    Pursuant to the hearing held on March 14, 2012, and there being no genuine dispute as to the Plaintiff's Statement of Undisputed Facts, filed December 5, 2011, and the defendants having failed to file their brief regarding the plaintiff's computation of damages by March 26, 2012, as directed by the Court, it is now

    ORDERED that judgment shall enter for the plaintiff and against all defendants, jointly and severally, for unpaid wages in the amount of $146,966.40 and an equal amount for liquidated damages for a total of $293,932.80 and for costs.  It is

    FURTHER ORDERED that the plaintiff shall file a motion for attorney's fees and related non-taxable expenses on or before April 16, 2012, and shall comply with the requirements of D.C.COLO.LCivR 54.3.

    DATED: April 2nd, 2012

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge