IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00891-RPM

THERESA L. GEOPFERT,

    Plaintiff,

v.

FINANCIAL CONSULTANTS, INC.,
IMY'S BOYS CONDOS, LLC,
MONARCH MOUNTAIN LODGE, LLC,
CLIFFHANGERS'S RESTAURANT & LOUNGE, LLC,
RICHARD MCHOSE,and
DONALD MCHOSE,

    Defendants.
_____

### ORDER FOR AWARD OF ATTORNEY FEES
_____

On April 18, 2012, the plaintiff filed a motion for an award of $50,000.00 as the reasonable attorney fees and expenses in this civil action, representing that the parties reached an agreement on that amount. Accordingly, it is

ORDERED that the plaintiff Theresa Geopfert is awarded $50,000.00 as attorney fees and expenses and that the defendants are jointly and severally liable for the payment thereof.

DATED: April 25th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge